●SCANNED

H

RECEIVED
IN CLERK'S OFFICE

AUG 1 1 2010

U.S. DISTRICT COURT
MID. DIST. TENN.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **LETONIO SWADER**<br> **Movant / Petitioner,** | ) |
| | ) |
| **vs.** | ) No. 3:10-cv-00465 |
| | ) |
| **STATE OF TENNESSEE**<br> **Defendant.** | ) |
| | ) |

*ORDER. This motion is GRANTED and the motion for appointment of counsel is GRANTED. The federal public Defender is appointed to represent Petitioner and is granted leave to file an amended petition if necessary.*

*[signature] 8-16-10*

---

### MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL
### FOR 28 U.S.C. 2254 PETITION

---

Comes now the Movant / Petitioner, Letonio Swader, in proper persona and pro se, does hereby

ask this Honorable Court to reconsider appointing counsel for the following reasons:

**(1)** Movant / Petitioner is indigent, suffers from dyslexia, and has a limited knowledge of the law due to

his special education and learning disability status. *(See Exhibit A)*;

**(2)** The interest of justice will be better served with the appointment of counsel to aid with the necessary

research and proper amending of said 28 U.S.C. 2254 PETITION;

**(3)** This court has authority to appoint counsel pursuant to 18 U.S.C.A. 3006A. *See also Wood v. U.S.,*

*389 U.S. 20, 88 S.Ct. 3 (1967); Franklin v. Rose, 765 F.2d 82 (6th Cir. 1985); Powell v. Livesay, 660*

*F.Supp. 82 (M.D. TN 1987); McFarland v. Scott, 512 U.S. 849, 114 S.Ct. 2568 (1994); and Harbison v.*

*Bell, 129 S.Ct. 1481 (2009)*;

**(4)** The Movant / Petitioner received an ORDER denying his initial request for appointment of counsel

dated 5/28/10 in which Judge Echols stated, "the court has conducted a preliminary review of the

petition and finds that the petitioner **has** stated a **colorable claim** for relief." *(See Exhibit B, page 1)*;

(1)

19