IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LETONIO C. SWADER | ) | |
| | ) | |
| | ) | No. 3:10-cv- 00465 |
| v. | ) | William J. Haynes |
| | ) | U.S. District Court Judge |
| | ) | |
| STATE OF TENNESSEE | ) | |

### MOTION TO SUBSTITUTE PARTY

Pursuant to Fed.R.Civ.P. 25(d)(1), Petitioner Letonio C. Swader respectfully requests that this Court enter an order substituting Jim Morrow for the State of Tennessee as Respondent. In support thereof, Mr. Wallace shows:

1. In this habeas corpus proceeding, the proper Respondent is the current Warden of the prison where the State confines Mr. Swader, the STSR Correctional Facility, Pikeville, Tennessee. See 28 U.S.C. § 2242.

2. As of the date of this motion, the Tennessee Department of Correction Web Site identifies Jim Morrow as the current Warden of the STSR.

**WHEREFORE**, Petitioner Letonio C. Swader respectfully requests that this Court:

1. Enter an order substituting Jim Morrow for the State as Respondent; and

2. Grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

[Handwritten annotation: Motion is Granted /s/ [signature] 1-15-10]