IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LETONIO C. SWADER, | )<br>) No. 3:10-cv- 00465 |
| v. | ) William J. Haynes |
| | ) U.S. District Court Judge |
| JIM MORROW | ) |

*ORDER*
*This motion*
*is DENIED as*
*moot. See D/E 40.*
*[signature]*
*[handwritten] 9-6-11*

## MOTION TO MODIFY SCHEDULING ORDER

LeTonio Swader, through counsel, asks the Court to modify its scheduling order of August 5, 2010. (DE 15) Since that initial scheduling order, Mr. Swader has filed an amended petition and the Respondent has filed both the state court record and an answer to the amended petition.

Mr. Swader asks that the Court impose a new deadline of August 16, 2011, or 90 days from today, for the parties to file a joint statement addressing the specific issues identified in the Court's original scheduling order of August 5, 2010. Mr. Swader further requests that the Court allow him to include his summary of the state court record in this joint statement.

Respectfully submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: skip_gant@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2011, I electronically filed the foregoing Motion to Modify Scheduling Order with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Andrew H. Smith, Tennessee Attorney General's Office, P.O. Box 20207, Nashville, Tennessee 37202.

/s/ *Isaiah S. Gant*
Isaiah S. Gant