IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LeTONIO SWADER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 3:10-00465 Chief Judge Haynes |
| STANTON HEIDLE, Warden, | ) ) | |
| Respondent. | ) ) | |

## O R D E R

Upon review of the Respondent's filings of the state court record (Docket Entry Nos. 14 and 15), the records of the Petitioner's sentencing are not included. Responded shall file all of Petitioner's sentencing records or identify where such records are in its filings. Respondent has 30 days from the date of this Order to file such records.

It is so **ORDERED**.

ENTERED this the _12th_ day of June, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court